**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6633**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT WILSON ODOM,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CR-97-180)

─────────

Submitted:  August 23, 2001          Decided:  August 30, 2001

─────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Robert Wilson Odom, Appellant Pro Se.  Timika Shafeek, Assistant
United States Attorney, Robert Jack Higdon, Jr., OFFICE OF THE
UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Wilson Odom appeals from the district court's orders denying his motion for modification of his sentence and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm substantially[*] on the reasoning of the district court. <u>United States v. Odom</u>, No. CR-97-180 (W.D.N.C. Feb. 16, 2001; filed Mar. 29, 2001, entered Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] To the extent that Odom's claim under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), was properly before the court pursuant to 18 U.S.C.A. § 3582 (West 2000), the claim lacks merit: Odom's 198-month sentence was less than the statutorily authorized maximum penalty. <u>See</u> <u>United States v. Angle</u>, 254 F.3d 514, 518 (4th Cir. 2001) (en banc).